IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMPKINS INSURANCE AGENCIES, INC., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JEFFREY A. SUMNER, and : <br> LOCKTON COMPANIES, LLC, : <br> Defendants. : | CIVIL ACTION <br> NO. 16-2217 |

### ORDER

AND NOW, this 15th day of June, 2016, upon consideration of Plaintiff's Motion to Consolidate Cases and for Remand, (Dkt No. 24), Defendants' Response in Opposition, (Dkt No. 30), and Plaintiff's Response in Support of its Motion, (Dkt No. 32), it is ORDERED as follows:

(1)  Plaintiff's Motion to Consolidate Cases is hereby DENIED.

(2)  Plaintiff's Motion to Remand is hereby GRANTED and the above-captioned matter is REMANDED to the Berks County Court of Common Pleas.

(3)  The Clerk of Court is hereby directed to CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II      J.